IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DAVID ERIC SEWELL,                )
                                  )
            Petitioner,           )
                                  )        1:21-cr-435-1
      v.                          )        1:26-cv-386
                                  )
UNITED STATES OF AMERICA,         )
                                  )
            Respondent.           )

## ORDER

This matter is before the court for review of the Order and Recommendation ("Recommendation") filed on May 5, 2026, by the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 61.) The Recommendation was served on Petitioner in this action on May 5, 2026. (Doc. 62.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 61), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Petitioner promptly filing a corrected motion on the proper § 2255 forms.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 15th day of June, 2026.

_____
United States District Judge

- 2 -